### 11983. BROOM *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contained only the usual general grounds; the verdict was amply authorized by the evidence; and the court did not err in declining to grant a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 8, 1921.

Accusation of possessing intoxicating liquor; from city court of Valdosta — Judge Cranford. November 12, 1920.

*Dan R Bruce,* for plaintiff in error.

*J. B. Copeland, solicitor,* contra.